IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY SCOTT WHALEY,
    Plaintiff,

vs.                                             Case No.: 3:15cv346/RV/EMT

SUSAN MARY CARROLL,
a/k/a Susan Mary Small, and
STATE OF WISCONSIN,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 8, 2015 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 5,), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The plaintiff's motion to cease and desist (doc. 6) and motion to vacate/set aside sentence (doc. 7) are denied.

2.    This case is transferred to the United States District Court for the Western District of Wisconsin.

3.    The Clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of September, 2015.

                                        /s/ _Roger Vinson_
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**